```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 14002
   LES FRANKLIN HADEN
   LAWONDA KATIE HADEN                          CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-2801    SSN XXX-XX-5054

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/30/2006 and was confirmed 01/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID        PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED                .00          .00          .00
AMERICAN GENERAL FINANCE  UNSEC W/INTER   NOT FILED           .00          .00
AMERICAN GENERAL FINANCE  NOTICE ONLY     NOT FILED           .00          .00
AMERICAN GENERAL FINANCE  SECURED             1000.00       38.55       432.77
CHASE HOME FINANCE LLC    CURRENT MORTG        .00           .00          .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE        .00           .00          .00
CHASE HOME FINANCE LLC    NOTICE ONLY     NOT FILED           .00          .00
CHASE MANHATTAN MORTGAGE  NOTICE ONLY     NOT FILED           .00          .00
HARLEY DAVIDSON CREDIT    SECURED            15872.00      885.32      2754.68
OPTION ONE MORTGAGE       CURRENT MORTG        .00           .00          .00
OPTION ONE MORTGAGE       MORTGAGE ARRE     3807.57          .00       3807.57
OPTION ONE MORTGAGE       NOTICE ONLY     NOT FILED           .00          .00
OPTION ONE MORTGAGE       NOTICE ONLY     NOT FILED           .00          .00
INTERNAL REVENUE SERVICE  PRIORITY          5790.98          .00          .00
AMERISTAR FINANCIAL       UNSEC W/INTER     7738.41          .00          .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER      390.72          .00          .00
ASSET ACCEPTANCE          NOTICE ONLY     NOT FILED           .00          .00
ASSET ACCEPTANCE          NOTICE ONLY     NOT FILED           .00          .00
AT&T CREDIT MANAGEMENT C  UNSEC W/INTER   NOT FILED           .00          .00
CREDIT PROTECTION ASSOC   UNSEC W/INTER   NOT FILED           .00          .00
CREDIT PROTECTIONS ASS    NOTICE ONLY     NOT FILED           .00          .00
CREDIT PROTECTIONS ASS    NOTICE ONLY     NOT FILED           .00          .00
FORD MOTOR CREDIT CORPOR  UNSEC W/INTER   NOT FILED           .00          .00
FRIEDMAN & WEXLER         FILED LATE         253.34          .00          .00
GREAT AMERICAN FINANCE    SECURED            2000.00       74.04       288.21
HARLEM FURNITURE          UNSEC W/INTER   NOT FILED           .00          .00
HARVARD COLLECTION SERVI  UNSEC W/INTER   NOT FILED           .00          .00
HARVARD COLLECTIONS       NOTICE ONLY     NOT FILED           .00          .00
NICOR GAS                 UNSEC W/INTER      956.41          .00          .00
NICOR GAS                 NOTICE ONLY     NOT FILED           .00          .00
NICOR GAS                 UNSEC W/INTER   NOT FILED           .00          .00
NICOR GAS                 NOTICE ONLY     NOT FILED           .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 14002 LES FRANKLIN HADEN & LAWONDA KATIE HADEN
```

```
PARK DANSAN               UNSEC W/INTER  NOT FILED             .00            .00
PARK DANSAN               NOTICE ONLY    NOT FILED             .00            .00
PARK DANSEN               NOTICE ONLY    NOT FILED             .00            .00
STATE COLLECTION SERVICE  UNSEC W/INTER  NOT FILED             .00            .00
STATE COLLECTION SERVICE  NOTICE ONLY    NOT FILED             .00            .00
STATE COLLECTION SERVICE  NOTICE ONLY    NOT FILED             .00            .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER   3992.36              .00            .00
HARLEY DAVIDSON CREDIT    UNSEC W/INTER     62.08              .00            .00
FORD MOTOR CREDIT CO      UNSECURED       3512.54              .00            .00
GREAT AMERICAN FINANCE    UNSEC W/INTER    920.23              .00            .00
IL DEPT OF REVENUE LEV 7  PRIORITY        5059.66              .00            .00
IL DEPT OF REVENUE LEV 7  UNSEC W/INTER    715.98              .00            .00
LEDFORD & WU              DEBTOR ATTY    2,026.50                        2,026.50
TOM VAUGHN                TRUSTEE                                          672.36
DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  10,980.00

PRIORITY                                           .00
SECURED                                       7,283.23
    INTEREST                                    997.91
UNSECURED                                          .00
ADMINISTRATIVE                                2,026.50
TRUSTEE COMPENSATION                            672.36
DEBTOR REFUND                                      .00
                         ---------------    ---------------
TOTALS                   10,980.00            10,980.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/25/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE